**94–1876.** State v. Paige. *Cuyahoga County,* No. 64711. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Appellant filed a notice of appeal and a motion for delayed appeal on August 29, 1994. It has come to the court's attention that the motion for delayed appeal does not comply with S.Ct.Prac.R. II(2)(A)(4). Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective September 9, 1994, that the motion for delayed appeal be, and hereby is, stricken. In that a untimely notice of appeal may not be filed in a felony case unless it is accompanied by a motion for delayed appeal,

IT IS ORDERED by the court, *sua sponte,* that the notice of appeal in this case be, and hereby is, stricken, and this case is hereby dismissed.

*Wednesday, September 14, 1994*

## MOTION DOCKET

**94–1681.** State v. Troutman. *Lorain County,* Nos. 93CA005686, 93CA005687 and 93CA005688. On application for stay of execution. Application denied.

**94–1691.** State v. Smith. *Hamilton County,* No. C–930404. On motion to hold memorandum in abeyance and order clerk of courts to transmit record and brief on merits. Motion denied.
WRIGHT, J., dissents.

**94–1742.** State v. Wickline. *Franklin County,* No. 93APA10–1411. On motion to hold memorandum in abeyance and to transmit record. Motion denied.
WRIGHT, J., dissents.

**94–1816.** Paulus v. Paulus. *Geauga County,* No. 93–G–1828. On application for stay of execution. Application denied.

## DISCIPLINARY DOCKET

**90–1705** and **92–1324.** Columbus Bar Assn. v. Nichols. On final certified report of board recommending probation be revoked. Suspension reinstated and respondent found in contempt. Report accepted. The probation of LeRoy Alvin Nichols, Attorney Registration No. 0015743, is revoked, his suspension is reinstated, and he is found in contempt.
WRIGHT, J., not participating.

*Thursday, September 15, 1994*

## MISCELLANEOUS DISMISSALS

**94–1919.** State v. Coyne. *Clermont County,* No. CA1154. Appellant has filed an untimely appeal of the court of appeals decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. I(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective September 14, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.